### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-06-265-D |
| | ) | |
| JEROME LADON HILL, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is Defendant's Emergency Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) or Recommend Home Confinement Pursuant to 18 U.S.C. § 3621(b)(4) [Doc. No. 46]. The government has filed a response [Doc. No. 53] opposing the requested relief. Upon consideration, the Court finds that the Motion is moot.

Defendant, a federal inmate who appears *pro se*, moves for a reduction of his prison sentence to time served, or release from custody into home confinement, due to his alleged vulnerability to severe illness from COVID-19. Defendant pleaded guilty in March 2007 to being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1), for which the government sought an enhanced penalty under the Armed Career Criminal Act (ACCA), 18 U.S.C. § 924(e). Defendant was sentenced in June 2007 to a 180-month term of imprisonment under the ACCA, to be followed by a five-year term of supervised release.

Defendant states in his Motion that the Bureau of Prisons (BOP) has projected his release date to be July 6, 2021, and he anticipates being transferred to a "halfway house" on January 12, 2021. *See* Def.'s Mot. at 8. BOP's publicly available information regarding

federal inmates confirms that Defendant is no longer in BOP custody. *See* Federal Bureau of Prisons, *Find a Federal Inmate*, https://www.bop.gov/inmateloc (accessed Jan. 13, 2021). Therefore, the Court finds that Defendant's Motion seeking release from federal prison has been overcome by subsequent events and is moot.

IT IS THEREFORE ORDERED that Defendant's Emergency Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) or Recommend Home Confinement Pursuant to 18 U.S.C. § 3621(b)(4) [Doc. No. 46] is DENIED.

IT IS SO ORDERED this 14th day of January, 2021.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge